## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIO VARGAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VENTURE TRANSPORTATION PARTNERS, LLC d/b/a VENTURE LOGISTICS,<br><br>        Defendant. | Case No. 1:24-cv-00952-JRS-MG |

### PLAINTIFF'S UNOPPOSED MOTION
### FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET
### FINAL APPROVAL HEARING FOR LATE SEPTEMBER 2025

Plaintiff, by counsel, respectfully moves the Court under Federal Rule of Civil Procedure 23(e) to enter the tendered, agreed Preliminary Approval Order, which grants preliminary approval to the Class Action Settlement Agreement (the "Settlement") attached as **Exhibit 1**. Defendant does not oppose entry of the agreed Preliminary Approval Order, and the parties request that the Court schedule a final approval hearing in approximately 150 days or late September 2025.

WHEREFORE, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing for approximately 150 days or late September 2025.

Dated: April 29, 2025                  By: */s/Lynn A. Toops*
                                       Lynn A. Toops, No. 26386-49
                                       Amina Thomas, No. 34451-49
                                       COHENMALAD, LLP
                                       One Indiana Square, Suite 1400
                                       Indianapolis, IN 46204

Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ltoops@cohenmalad.com
athomas@cohenmalad.com

Samuel J. Strauss (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

J. Gerard Stranch, IV (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 254.8801
gstranch@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2025, a copy of the foregoing has been filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.

/s/Lynn A. Toops
Lynn A. Toops