UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIO VARGAS, individually and on behalf of all others similarly situated<br>       Plaintiff,<br><br>    v.<br><br>VENTURE TRANSPORTATION PARTNERS, LLC d/b/a VENTURE LOGISTICS,<br><br><br>       Defendant. | No. 1:24-cv-00952-JRS-MG |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Julio Vargas respectfully moves the Court for an order (1) affirming its conditional class certification, for purposes of the Settlement Agreement only; (2) granting final approval to the proposed class action settlement with Defendant, the terms of which are set forth in the Settlement Agreement ("Settlement Agreement" or "SA") attached to the motion for preliminary approval as Exhibit 1; (3) affirming the Court's appointment of Julio Vargas as Class Representative; (4) affirming the Court's appointment of Lynn A. Toops and Amina A. Thomas of CohenMalad, LLP; J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC; and Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, PLLC as Class Counsel. The Court previously granted preliminary approval to the Settlement Agreement, notice was sent to Settlement Class Members, and no Class Member has objected to the Settlement Agreement or any part of it.

Plaintiff has submitted a memorandum and declaration in support of this motion and has tendered a proposed Final Approval order. Defendant does not object to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Final Approval Order.

Dated: September 9, 2025                   /s/ Lynn A. Toops
                                           Lynn A. Toops, No. 26386-49
                                           Amina Thomas, No. 34451-49
                                           **CohenMalad, LLP**
                                           One Indiana Square, Suite 1400
                                           Indianapolis, IN 46204
                                           Tel: (317) 636-6481
                                           ltoops@cohenmalad.com
                                           athomas@cohenmalad.com

                                           Samuel J. Strauss (*pro hac vice*)
                                           Raina C. Borrelli (*pro hac vice*)
                                           **Strauss Borrelli PLLC**
                                           980 N Michigan Avenue, Suite 1610
                                           Chicago IL, 60611
                                           Tel: (872) 263-1100
                                           raina@straussborrelli.com
                                           sam@straussborrelli.com

                                           J. Gerard Stranch, IV
                                           **Stranch, Jennings & Garvey, PLLC**
                                           223 Rosa L. Parks Avenue, Suite 200
                                           Nashville, TN 37203
                                           Tel: (615) 254.8801
                                           gstranch@stranchlaw.com

                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2025, the foregoing was filed electronically via the CM/ECF system, which will serve all counsel of record via electronic mail.

/s/ Lynn A. Toops
Lynn A. Toops