UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIO VARGAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VENTURE TRANSPORTATION PARTNERS, )<br>LLC d/b/a VENTURE LOGISTICS, )<br>)<br>Defendant. ) | No. 1:24-cv-00952-JRS-MG |

MINUTE ENTRY FOR SEPTEMBER 19, 2025
MOTION HEARING
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a final hearing on the parties' request for final approval of a settlement reached in the case. [Filing No. 34.]  No person appeared to object or oppose the approval of the settlement. The court hears argument on the relevant standards for the court to consider the fairness of the settlement.  The matter is taken under advisement and will issue a separate order on the pending motions.

So ORDERED.

Date: 9/19/2025

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record