UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIO VARGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00952-JRS-MG |
| ) | |
| VENTURE TRANSPORTATION ) | |
| PARTNERS, LLC d/b/a VENTURE ) | |
| LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT & RECOMMENDATION**

The Court having preliminarily approved the Class Action Settlement, (ECF No. 29); Magistrate Judge Mario Garcia having held a Fairness Hearing on September 19, 2025; and the Court having considered Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, (ECF No. 34); Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Service Award, (ECF No. 31); Magistrate Judge Garcia's Report & Recommendation, (ECF No. 36); and no objections having been made, the Court now **adopts** the Report & Recommendation, (ECF No. 36).

Accordingly, the Court finds that the Class Action Settlement Agreement is "fair, reasonable, and adequate" under Rule 23(e)(2) and in the best interest of the Class; that the requested attorney's fees of $284,396.60, litigation expenses of $13,048.33, and class representative service award of $5,000 are reasonable; **grants** Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, (ECF No. 34); **grants** Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Service

Award, (ECF No. 31); and **grants final approval** of the Settlement Agreement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2). A separate Final Approval Order will be entered.

**SO ORDERED.**

Date: 11/24/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Magistrate Judge Mario Garcia

John Babione
Constangy, Brooks, Smith & Prophete, LLP.
jbabione@constangy.com

Chasity Henry
Constangy, Brooks, Smith & Prophete, LLP.
chenry@constangy.com

James Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
gstranch@stranchlaw.com

Samuel J Strauss
Strauss Borrelli PLLC
sam@straussborrelli.com

Amina Thomas
COHEN & MALAD LLP
athomas@cohenandmalad.com

Lynn A. Toops
COHEN & MALAD LLP
ltoops@cohenmalad.com