UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIO VARGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00952-JRS-MG |
| | ) |
| VENTURE TRANSPORTATION PARTNERS, LLC d/b/a VENTURE LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

Plaintiff's and settlement class members' claims against Defendant are dismissed with prejudice. This is a final judgment under Federal Rule of Civil Procedure 58. This case is now closed.

Date: 11/24/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

John Babione
Constangy, Brooks, Smith & Prophete, LLP.
jbabione@constangy.com

Chasity Henry
Constangy, Brooks, Smith & Prophete, LLP.
chenry@constangy.com

James Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
gstranch@stranchlaw.com

Samuel J Strauss
Strauss Borrelli PLLC
sam@straussborrelli.com

Amina Thomas
COHEN & MALAD LLP
athomas@cohenmalad.com

Lynn A. Toops
COHEN & MALAD LLP
ltoops@cohenmalad.com